**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANDA UY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ, ARREANO, STEWART, CHAVEZ, J. ELLEN, and DELGADO,<br><br>　　　　　Defendants. | No. 1:22-cv-00963 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 14) |

　　　　Chanda Uy is proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 7, 2024, the Magistrate Judge issued Findings and Recommendations, recommending dismissal of Plaintiff's case for failure to state a cognizable claim. (*See* Doc 14.) On April 3, 2024, Plaintiff filed objections. (Doc. 15.) According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendation are supported by the record and proper analysis. Plaintiff's Objections largely repeat the allegations made in his FAC and do not meaningfully call into question the reasoning in the Findings and Recommendations. The Magistrate Judge correctly found that Plaintiff fails to set forth facts establishing that any

Defendant was deliberately indifferent to a serious risk to Plaintiff's safety (Doc. 14 at 4-6) nor that the decision to transfer Plaintiff to another facility violated his due process rights (*id*. at 6-8). Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations, filed on March 7, 2024, (Doc. 14), is **ADOPTED** in full.
2. Plaintiff's First Amended Complaint (Doc. 13) is **DISMISSED**.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2024**

UNITED STATES DISTRICT JUDGE